United States District Court
Eastern District of Michigan
Southern Division

**William Beaumont Hospital** –
Royal Oak,

                Plaintiff,      Case No. 16-13528

    v.

**Thomas E. Price, M.D.,** Secretary,      Honorable Robert H. Cleland
Department of Health and               Mag. Judge Stephanie Dawkins
Human Services,                            Davis
                Defendant.

---

**ORDER GRANTING DEFENDANT'S PETITION FOR LEAVE
TO FILE REPLY
TO PLAINTIFF'S COMBINED RESPONSE
TO DEFENDANT'S MOTION FOR JUDGMENT
AND REPLY IN SUPPORT OF PLAINTIFF'S MOTION FOR JUDGMENT**

---

On July 21, 2017, Defendant, the Secretary of Health and Human Services, filed a petition for leave to file a reply to Plaintiff William Beaumont Hospital's combined response and reply in support of its motion for judgment. For reasonable cause shown and in light of this Court's scheduling order of March 9, 2017, it is **ORDERED** that Defendant's petition for leave to file a reply is **GRANTED**. The reply shall be filed by August 4, 2017.

                                               S/Robert H. Cleland
                                               ROBERT H. CLELAND
                                               UNITED STATES DISTRICT JUDGE

Case 2:16-cv-13528-RHC-SDD   ECF No. 20, PageID.1355   Filed 07/25/17   Page 2 of 2

2

Dated: July 25, 2017

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, July 25, 2017, by electronic and/or ordinary mail.

                             S/Lisa Wagner
                             Case Manager and Deputy Clerk
                             (810) 292-6522