UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

WILLIAM BEAUMONT HOSPITAL –
ROYAL OAK,

    Plaintiff,

v.                                    Case No. 16-13528

ALEX M. AZAR II, Secretary, Department
of Health and Human Services,

    Defendant.
_____/

## JUDGMENT

In accordance with the "Opinion and Order Granting Plaintiff's Renewed Motion for Judgment, Denying Defendant's Renewed Motion for Judgment, and Remanding the Case to the Department of Health and Human Services" entered on April 20, 2020,

IT IS ORDERED AND ADJUDGED that judgment is entered for Plaintiff William Beaumont Hospital—Royal Oak, and against Defendant Thomas E. Price. Dated at Port Huron, Michigan, April 20, 2020.

                                                  DAVID J. WEAVER
                                                  CLERK OF THE COURT

                                                  By: <u>s/Lisa Wagner</u>
                                                     Lisa Wagner, Case Manager
                                                     to Judge Robert H. Cleland

S:\Cleland\Cleland\JUDGE'S DESK\C2 ORDERS\16-13528.BEAUMONT.CrossMotionsforJudgment.JUDGMENT.docx